UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 13CR1893-CAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER AND JUDGMENT TO DISMISS** |
| v. | ) | **INFORMATION WITHOUT PREJUDICE** |
| | ) | |
| ERICK ZAVALA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

   IT IS ORDERED that the Information in Case No. 13CR1893-CAB against defendant Erick Zavala be, and hereby is, dismissed without prejudice;

   IT IS SO ORDERED.


   DATED:   6/20/13   .

                                    _____
                                    HONORABLE CATHY ANN BENCIVENGO
                                    United States District Judge